UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**NICHOLAS ATES, ET AL.**                              **CIVIL ACTION**

**VERSUS**                                             **NO. 13-5732**

**TERREBONNE PARISH, ET AL.**                          **SECTION: "F"(1)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the unopposed motion to dismiss filed by St. Tammany Parish is **GRANTED** and the federal civil rights claims against that defendant are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  30th  day of       December      , 20 13 .

_____
UNITED STATES DISTRICT JUDGE