UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICHOLAS ATES, ET AL. | CIVIL ACTION NO.: 13-5732 |
| VERSUS | SECTION: "F" |
| ST. TAMMANY PARISH, ET AL. | MAGISTRATE: 01 |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BEFORE ME, the undersigned authority, on the date indicated below, personally came and appeared:

**GREGORY LONGINO**

who, being sworn, did declare and say the following:

1. Since July 26, 1990, he has been employed by Rodney J. Strain, Jr., in his capacity as Sheriff of St. Tammany Parish ("Sheriff Strain"), Sheriff Strain's predecessor in office, and the St. Tammany Parish Sheriff's Office ("the STPSO"). He currently holds the rank of Major with the STPSO.

2. At all relevant times herein, Affiant has been assigned the post of Warden of the St. Tammany Parish Jail ("the Jail"). In that role, he has direct supervisory authority over and responsibility for all operations of the Jail – including but not limited to all decisions regarding the handling of inmate complaints and issues of inmate discipline – subject only to the direction and supervision of Sheriff Strain and other superior officers within the STPSO. As a result, he has personal knowledge of all the facts set out below.

3.     In 1996, the STPSO adopted an Administrative Remedy Procedure ("ARP") that permits inmates to lodge grievance complaints. The procedure allows any inmate – whether they are being held by federal or state agencies after conviction or are pre-trial detainees – to request in writing for a review of a complaint the inmate has about a policy, condition or incident that occurs within the jail.

4.     The Jail's ARP was in place and fully functioning between January and August of 2013, when the incidents giving rise to this lawsuit allegedly occurred.

5.     A summary of the ARP is contained in the Inmate Handbook that is given to every inmate who is booked into the Jail. A true copy of that summary, as it appears in the handbook, is attached to this Affidavit.

6.     A copy of the complete ARP can also be found in the Jail law library, where access is available to all inmates and was available to all inmates in between January and August of 2013.

7.     The ARP, including the inmate complaint procedure, was posted in every housing unit of the Jail between January and August of 2013. Blank ARP forms were available in every housing unit and made easily accessible to all inmates.

8.     An inmate can also ask any Jail deputy for a copy of the blank forms.

9.     In lieu of the blank forms, inmates may submit a written communication containing the words "This is a grievance through the ARP."

10.    Under the procedure, a grievance must be filed within 90 days from the date of the incident giving rise to the grievance. Any grievance filed more than 90 days after the incident is rejected as untimely.

11.    The written grievance first is forwarded to the First Level Respondent, who must respond within 15 days of receipt of the grievance. This process is designated as the First Step Review.

12.     If an inmate is not satisfied with the results of the First Step Review, the inmate may appeal the response to Affiant, in his role as Warden, within five days of the inmate's receipt of the First Step Review results. The Warden has 25 working days to reply to the appeal. This step is designated Second Step Review.

13.     If an inmate is not satisfied with the results of the Second Step Review, the inmate may appeal that result to the Sheriff within five days of the inmate's receipt of the Warden's response. The Sheriff has 40 days to reply to this appeal, which is designated Third Step Review.

14.     If an inmate does not receive a timely response to either of the first two steps of the process, the inmate nevertheless is required to follow through to the next step of the process.

15.     Inmates Nicholas Ates, Raphael Clark, and Todd Holmes, the remaining plaintiffs in this lawsuit, failed to even initiate the ARP regarding the alleged conditions of confinement giving rise to this lawsuit in that none of them ever even filed an initial grievance.

16.     In fact, none of the named inmates initiated the ARP procedure at all during their confinement at the Jail.

17.     As a result, Inmates Ates, Clark, and Holmes did not exhaust their administrative remedies as required by the Jail ARP concerning the claims that are the subject of this lawsuit prior to filing the lawsuit.

_____
GREGORY LONGINO

Sworn to and subscribed
before me this 25th day
of February, 2014.

_____
NOTARY PUBLIC
Printed Name:_____
Notary/Bar No.:_____

GARY L. HANES
ATTORNEY & NOTARY PUBLIC
STATE OF LOUISIANA
LA BAR ROLL # 14341
NOTARY ID # 46816
My Commission Expires at Death

- 3 -

## Inmate Complaint Procedure

This facility has an official grievance process that is called an Inmate Grievance Administrative Remedy Procedure (ARP).

All inmates are entitled to use the (ARP) this includes DOC Inmates, Parish Jail Inmates, and Pre - Trial Detainees.

Inmates must try to solve their problem (s) before filing a grievance through the ARP by talking to a Shift Supervisor during his/her rounds, if your compliant is not remedied then file a written complaint with the Captain of Operations by following the steps listed below;

>    Fill out a complaint form
>    Turn the complaint form into the Mail Deputy
>    The Mail Deputy will then turn your complaint into the Captain of Operations Administrative Assistant in order for the complaint to be recorded.
>    Once the Captain of Operations reviews the complaint he will then forward the complaint to the appropriate Supervisor
>    The complaint will be answered within five (5) working days

If your complaint is not remedied proceed to the ARP Procedure.

# Inmate Grievance
## Administrative Remedy Procedure ARP)

This procedure allows an inmate to ask for a review of a complaint that the inmate has about a policy, condition, or incident in the facility that affects the inmate personally. The grievance concerning an incident may be filed on jail staff or another inmate. The inmate must cooperate with the grievance investigation.

Some matters are not reviewed through the ARP.

Inmates may check out the ARP from the proper place in order to find out all details concerning the entire process and procedure.

Inmates must file on a standard form supplied by the facility or may use a piece of paper but the phrase "This is a grievance through the ARP" must be on the piece of paper.

Inmates cannot abuse the ARP, or they may be subject to Disciplinary action

An inmate may file an emergency or sensitive grievance.

The inmate files a grievance within 90 days of the incident

Turn the Grievance into the Mail Deputy.

The Mail Deputy will then turn your Grievance into the Deputy Warden's Office.

> A Screening Officer will be appointed to reply within 15 working days.
>
> The inmate may appeal to the Warden within 5 days after receiving notification from the screening Officer.
>
> The Warden shall reply within 25 working days.
>
> The inmate may appeal to the Sheriff or his designee within 5 days of receiving the Warden's reply.
>
> The Sheriff or his designee shall reply within 40 working days.

The inmate, Warden, and Sheriff may ask for a 5 working day extension.

# INMATE GRIEVANCE

(You must send this to the Warden within 90 days of the incident of which you are complaining. Send to the Warden by following proper rules and procedures. Ask for a copy, and print or write legible. Use a separate form for each grievance. Do not file duplicate grievances. The "First Respondent" will respond to you within 15 days however he may request an extension of 5 extra days. If you do not hear from the "First Respondent" within 20 days you may file a Request for a Warden's Review within the following 5 days).

INMATES NAME_____ CELL LOCATION_____

INMATE DATE OF BIRTH_____ DATE OF INCIDENT_____

NAME & LOCATION OF WITNESSES_____

_____

NAME OF STAFF INVOLVED_____

_____

SUMMARY OF COMPLAINT_____

_____

_____

_____

IS THIS AN EMERGENCY GRIEVANCE? YES_____       NO_____

SPECIFIC RELIEF DESIRED_____

                    INMATE SIGNATURE_____

****************************************************************************

## FOR WARDEN'S USE

Grievance #_____     Date Received_____

Type Grievance_____     Screened by_____

REJECTED: (return & obtain receipt)                RETURNED: (return & obtain inmate receipt)
_____ Outside the scope of this procedure because     _____ Multiple complaints; file separate
grievances
_____ Does not personally affect this inmate          _____ Vague complaint: state more facts / clarify
_____ Disciplinary Review Board Decision              _____ Summarize complaint
_____ Refusal of mail                                 _____ Other: (specify)_____
_____ Court Decision / Pardon - Parole Board
_____ Filed more than 90 days after the incident      _____ Accepted & referred to_____
_____ Duplicate grievance by same inmate              Policy / procedure challenge:  yes_____ no_____
_____ Other: (specify)

****************************************************************************

## INMATE RECEIPT OF RESPONSE TO GRIEVANCE

(Revised Grievance must be re-filed within 30 days of the event which is the basis of the Grievance, if you wish to appeal to the Warden you must do so within 5 days of receiving the Response to the Grievance).

_____                    _____
         (Date)                                          (Inmate Signature)

# RESPONSE TO GRIEVANCE

To:_____    Cell Location:_____

From:_____    _____
      (Respondent)          (Title/Location)

GRIEVANCE

_____FOUNDED    _____UNFOUNDED

REASONS:_____

_____

_____

_____

ACTION TAKEN/RECOMMENDATION (If Founded)_____

_____

DISPOSITION OF RECOMMENDATION (If Applicable)_____

_____


_____    _____
      (Date)          (Respondent Signature)

INSTRUCTIONS TO RESPONDENT: Return this Response to the Warden as quickly as is reasonably possible, but not later than 5 days from the date the inmate signs the receipt of receiving his/her Response to Grievance from the First Respondent.

*************************************************************************

## INMATE RECEIPT

(If you wish further review of your Grievance you must sign the following Request for Warden's Review and send it to the Warden within 5 days of receiving this Response. If your Grievance was noted as a Policy/Procedure challenge, the Warden may ask for employee & inmate advisory comments before making his decision. If you object to any particular inmate(s) so participating. List their names(s) below. You will receive the Warden's Decision within 30 days of filing of your Grievance, as the Warden can ask for a 5 day extension to respond).

_____    _____
      (Date)          (Inmate Signature)

*************************************************************************

## REQUEST FOR WARDEN'S REVIEW

I hereby request review of my Grievance by the Warden, or his designee.

_____    _____
      (Date)          (Inmate Signature)

*************************************************************************

## FOR WARDEN'S USE

Date Request for Warden's Review Received:_____

*************************************************************************

## WARDEN'S REVIEW DECISION

To:_____        Cell Location:_____
         (inmate)

GRIEVANCE

_____FOUNDED              _____UNFOUNDED

REASONS_____
_____
_____
_____
_____

ACTION TAKEN (if founded)_____
_____

_____                    _____
      (date)                                Warden

---

**INMATE RECEIPT**

(If you wish further review of your Grievance you must sign the following Request for Sheriff's Review and send it to the Sheriff within 5 days of receiving this Warden's Review Decision. You will receive the Sheriff's decision within 40 days after the Sheriff receives your Request, or, if less, within ninety days after you originally filed your Grievance).

_____                    _____
      (date)                           (inmate signature)

---

**REQUEST FOR SHERIFF'S REVIEW**

I hereby request review of my Grievance by the Sheriff, or his designee.

_____                    _____
      (date)                           (inmate signature)

---

-for Sheriff's use-
date request for Sheriff's Review rec'd:_____
copy 1 - Warden/copies 2 & 3 - return to inmate
copy 3 - return if request Sheriff's review

# SHERIFF'S REVIEW DECISION

To:_____                Cell location:_____
      (inmate)

GRIEVANCE

_____ FOUNDED          _____ UNFOUNDED

REASONS_____

_____

_____

_____

_____

ACTION TAKEN_____

_____

_____

_____

_____        _____
(date)                          Sheriff

+-----------------------------------------------------------+
|                      INMATE RECEIPT                       |
|                                                           |
|   _____        _____  |
|   (date)                          (inmate signature)      |
+-----------------------------------------------------------+

copy 1 - Sheriff/ copy 2 - Warden/ copy 3 - inmate