UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NICHOLAS ATES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-5732** |
| **ST. TAMMANY PARISH, ET AL.** | **SECTION: "F"(1)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the unopposed motion for summary judgment filed by the St. Tammany Parish Sheriff's Office and Sheriff Rodney "Jack" Strain, Jr., is **GRANTED** and the federal civil rights claims against those defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the plaintiffs' claims against the remaining unidentified defendants are **DISMISSED WITH PREJUDICE** as frivolous and for otherwise failing to state a claim upon which relief can be granted.

New Orleans, Louisiana, this  15th  day of _____April_____, 2014.

_____
**UNITED STATES DISTRICT JUDGE**